IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AARON SOLOMON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | DOCKET NO. _____ |
| ) | |
| ANGELIA SOLOMON, ) | |
| MELANIE HICKS, WYNN HICKS, ) | JURY DEMANDED |
| ANNA SMITH, ) | |
| KAMI ABBATE, and ) | |
| JOHN DOES 1 THROUGH 25 ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF AARON SOLOMON'S MOTION
FOR TEMPORARY AND PERMANENT INJUNCTIVE RELIEF**

Plaintiff Aaron Solomon respectfully moves this Honorable Court for a temporary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. Mr. Solomon seeks this relief to require that Defendants Angelia Solomon, Melanie Hicks, Wynn Hicks, Anna Smith, Kami Abbate, and John Does 1 through 25 ("Defendants") be enjoined from posting false and defamatory statements concerning Mr. Solomon, his children, his divorce, and the death of his child as more particularly described in the Complaint. Most critically, Mr. Solomon requests that this Court enjoin Defendants' false and defamatory statements concerning him, namely the following:

a. That Mr. Solomon tried to kill Angie Solomon or otherwise physically abused her;

b. That Mr. Solomon sexually abused Gracie Solomon;

c. That Mr. Solomon physically and/or emotionally abused Grant and Gracie Solomon;

d. That Mr. Solomon murdered Grant Solomon and used his "influence" to see that no investigation was done;

e. That Mr. Solomon bought grave sites for Angelia and Gracie without Angelia's knowledge as part of some sort of "murder suicide plan;"

f. That Mr. Solomon was banned from participating in activities sponsored by the Williamson County Sports and Recreation Department because he was abusive to his wife, children, and others;

g. That Mr. Solomon was abusive and mean to children when coaching baseball;

h. That Mr. Solomon stole money from Grace Christian Academy and GCA "covered it up;"

i. That Mr. Solomon has filed "multiple bankruptcies;"

j. That Mr. Solomon has "swindled" unknown and unnamed people;

k. That Mr. Solomon was fired from Channel 4 because he had "inappropriate content on his computers and phone;"

l. That Mr. Solomon was diagnosed as a narcissist, sociopath, and/or sex addict;

m. That Mr. Solomon has repeatedly breached a restraining order put in place by the Williamson County Juvenile Court;

n. That Mr. Solomon abused unnamed women;

o. That Mr. Solomon "drugged" certain unnamed women"

. As set forth in great detail in the Verified Complaint, the Declaration of Aaron Solomon, and accompanying Memorandum of Law, without a temporary injunction, Defendants' unlawful and unconscionable public campaign to smear him and destroy his reputation will continue to cause Mr. Solomon immediate and irreparable harm for which there is no adequate remedy at law and which will have and continues to have catastrophic effects on his life. Defendants, by comparison, will suffer no harm if enjoined from making their defamatory statements, as they have no property or constitutional right in defamatory speech. Further, the interests of the public will be best served by prohibiting the spread of false and defamatory information in order to sell products and solicit donations and allowing the courts, rather than the internet, to decide sensitive matters of child custody and family law. For these reasons, the Temporary Injunction should be granted.

WHEREFORE, Mr. Solomon prays for the following relief:

2. A temporary and permanent injunction against all Defendants from any further use, posting, publicizing, dissemination, or distribution of the following defamatory statements:

   a. That Mr. Solomon tried to kill Angie Solomon or otherwise physically abused her;

   b. That Mr. Solomon sexually abused Gracie Solomon;

   c. That Mr. Solomon physically and/or emotionally abused Grant and Gracie Solomon;

   d. That Mr. Solomon murdered Grant Solomon and used his "influence" to see that no investigation was done;

   e. That Mr. Solomon bought grave sites for Angelia and Gracie without Angelia's knowledge as part of some sort of "murder suicide plan;"

   f. That Mr. Solomon was banned from participating in activities sponsored by the Williamson County Sports and Recreation Department because he was abusive to his wife, children, and others;

   g. That Mr. Solomon was abusive and mean to children when coaching baseball;

   h. That Mr. Solomon stole money from Grace Christian Academy and GCA "covered it up;"

   i. That Mr. Solomon has filed "multiple bankruptcies;"

   j. That Mr. Solomon has "swindled" unknown and unnamed people;

   k. That Mr. Solomon was fired from Channel 4 because he had "inappropriate content on his computers and phone;"

   l. That Mr. Solomon was diagnosed as a narcissist, sociopath, and/or sex addict;

   m. That Mr. Solomon has repeatedly breached a restraining order put in place by the Williamson County Juvenile Court;

   n. That Mr. Solomon abused unnamed women;

   o. That Mr. Solomon "drugged" certain unnamed women"

3. A temporary and permanent injunction against all Defendants requiring the removal of the postings from all "Freedom for Gracie" social media accounts, whether on Instagram, Facebook, Twitter, and/or YouTube, that state or imply any of the false allegations listed in 1 (a-o), above.

4. A temporary and permanent injunction against all Defendants barring them from creating any other social media account postings or assist another with creating a social media posting that that state or imply any of the false allegations listed in 1 (a-o), above.

5. A temporary and permanent injunction against all Defendants barring them from using Mr. Solomon's and Gracie Solomon's name, image, or likeness to sell products and solicit donations without Mr. Solomon's consent in violation of the Tennessee Personal Rights Protection Act.

6. A temporary and permanent injunction against all Defendants barring them from using any false, misleading or deceptive information regarding Mr. Solomon, included but not limited to, the allegations listed in 1(a-o) to sell goods, services, and/or solicit donations.

For the foregoing reasons, Mr. Solomon requests that this Honorable Court grant his Petition for Temporary and Permanent Injunctive Relief.

Respectfully Submitted,

*/s/ Paige Waldrop Mills*
Paige W. Mills (BPR #016218)
Ashleigh Karnell (BPR #036074)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
pmills@bassberry.com
akarnell@bassberry.com

*Attorneys for Plaintiff Aaron Solomon*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of June 2021, the foregoing document was served via U.S. Mail on:

J. Alex Little
Zachary Lawson
Ross M. Johnson
Burr & Forman LLP
222 Second Avenue South, Suite 2000,
Nashville, Tennessee 37201

*Counsel for Defendants Wynn D. Hicks,
Anna Smith, and Kami Abbate*


Hunter Fowler
303 N. Walnut Street
Murfreesboro, TN 37130

*Counsel for Melanie Hicks*


G. Jeff Chery
Lowery, Lowery & Cherry, PLLC
150 Public Square
Lebanon, Tennessee 37087-2736

*Counsel for Angelia Solomon*

                                                */s/ Paige Waldrop Mills*