IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AARON SOLOMON ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | DOCKET NO. _____ |
| ) | |
| ANGELIA SOLOMON, ) | |
| MELANIE HICKS, WYNN HICKS, ) | JURY DEMANDED |
| ANNA SMITH, ) | |
| KAMI ABBATE, and ) | |
| JOHN DOES 1 THROUGH 25 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF DECLARATIONS

Plaintiff, Aaron Solomon, hereby gives notice of the filing of the following declarations:

- Exhibit A – Declaration of Aaron Solomon;

- Exhibit B – Declaration of Steve Berger;

- Exhibit C – Declaration of Ronald Blanton;

- Exhibit D – Declaration of Lori Cameron;

- Exhibit E – Declaration of Scott Erby;

- Exhibit F – Declaration of Gary Hathcock;

- Exhibit G – Declaration of Dan Huffines;

- Exhibit H – Declaration of Robbie Mason;

- Exhibit I – Declaration of Paige Mills; and

- Exhibit J – Declaration of Pam Stephens.

Dated: June 29, 2021

Respectfully Submitted,

*/s/ Paige Waldrop Mills*
Paige W. Mills (BPR #016218)
Ashleigh Karnell (BPR #036074)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
pmills@bassberry.com
akarnell@bassberry.com

*Attorneys for Plaintiff Aaron Solomon*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June 2021, the foregoing document was served via U.S. Mail on:

J. Alex Little
Zachary Lawson
Ross M. Johnson
BURR & FORMAN LLP
222 2nd Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3203
alex.little@burr.com
zlawson@burr.com
rmjohnson@burr.com

*Attorneys for Wynn Hicks, Anna Smith
And Kami Abbate*

Hunter Fowler
303 N. Walnut Street
Murfreesboro, TN 37130
Telephone: (615) 809-1410
hunter@borolawgroup.com

*Attorney for Melanie Hicks*

G. Jeff Cherry
LOWERY, LOWERY & CHERRY PLLC
150 Public Square
Lebanon, TN 37087-2736
Telephone: (615) 454-9404
JCherry@lowerylaw.com

*Attorney for Angelia Solomon*


*/s/ Paige Waldrop Mills*
*Paige Mills*