# EXHIBIT C

| | |
|---|---|
| AARON SOLOMON )<br>)<br>Plaintiff, )<br>V. )<br>)<br>ANGELIA SOLOMON, )<br>MELANIE HICKS, )<br>WYNN HICKS )<br>ANNA SMITH, )<br>KAMI ABBATE, and )<br>JOHN DOES 1 THROUGH 25 )<br>)<br>Defendants. ) | DOCKET NO. 2020-200 |

## DECLARATION OF C. RONALD BLANTON

I, C. Ronald Blanton, am of majority age and have first-hand knowledge of the following:

1. I am an Assistant District Attorney for the 18th Judicial District of Tennessee, which includes Gallatin, Tennessee.

2. After the death of Grant Solomon on July 20, 2020, an investigation of Grant's death was conducted and the investigators determined that Grant's death was an accident and there was no basis to bring criminal charges related to Grant's death. The investigation was then closed.

3. Upon information supplied by an attorney for Grant's mother, Angelia Solomon, the investigation was reopened, but the investigating officers determined that there was no information that would substantiate even a probable cause finding to bring criminal charges related to Grant's death. The death was again determined to be an accident and the investigation was closed.

4. After the second investigation was closed, I sent a letter to Ms. Solomon's attorney stating that the investigation determined that Grant's death was an accident, that no charges would

be brought related to his death, and the investigation was closed. A copy of this letter is attached as **Exhibit A**.

5. There are no criminal charges being brought related to Grant Solomon's death and there is no pending investigation into Grant Solomon's death at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of May, 2021

_____
C. Ronald Blanton

ASSISTANT DISTRICT ATTORNEYS GENERAL
THOMAS B. DEAN
LYTLE A. "JOE" JAMES
C. RONALD BLANTON
TARA WYLLIE
KATHERINE B. WALKER
JASON B. ELLIOTT
ERIC S. MAULDIN
DANIEL R. DAUGHERTY
JENNIFER SMITH
DALE SWEENEY

**LAWRENCE RAY WHITLEY**
DISTRICT ATTORNEY GENERAL

EIGHTEENTH JUDICIAL DISTRICT
SUMNER COUNTY

VICTIM WITNESS COORDINATOR
SALLY ANN PIRTLE
TINA FUQUA, ASSISTANT

CORDELL HULL BUILDING -
THIRD FLOOR
113 WEST MAIN STREET
GALLATIN, TENNESSEE 37066
Phone: (615) 451-5810
Fax: (615) 451-5836

March 4, 2021

Lowery, Lowery & Cherry
Jeff Cherry
150 Public Square
Lebanon, TN 37087
Attorney for Mother of Grant Solomon

Dear Jeff,

I appreciate your providing me with the information that your office has obtained in the tragic death of Grant Solomon on July 20, 2020. First, please express my condolences to Angie, Gracie and their entire family on my behalf. I can't imagine the pain and loss they have suffered in the loss of a son, brother, and friend.

Since you provided me with this information, I have reviewed the entire file. I have interviewed the investigators who were on the scene and have provided them with your file. I wanted to provide all the information that I could to the investigators and have them to compare the information in your file with the one they had previous. I did these to make sure we have all information prior to making a charging decision.

I will tell you that our investigation at the time was thorough. There were statements that we did not have that your file contained. It is stated in your file and investigation that Arron Solomon, Grant's father who was present on that horrible day, is alleged to have made some different statements about the day and the events. Upon review of those alleged conflicting statements, there still does not exist enough evidence that would lead to a crime being committed. As you are aware, in a criminal case the State must prove beyond a reasonable doubt to obtain a conviction. When assessing a matter in which a charging decision is made, our office evaluates the case on whether we can obtain a conviction.

Based on the information the we originally had and the information we have obtained from your office, it was a horrible accident but the State of Tennessee declines to pursue criminal charges in this matter based on a lack of evidence.

Sincerely,

*C. Ronald Blanton*

CHARLES R. BLANTON
ASSISTANT DISTRICT ATTORNEY GENERAL