# EXHIBIT D

# DECLARATION OF LORI CAMERON

My name is Lori Cameron. I am of majority age and have first-hand knowledge of the following facts:

1. I have known Angie Solomon since approximately 1997 or 1998.

2. We worked together as sales reps at Eli Lilly and became very close friends.

3. At that time, Angie was very bright, creative, and charismatic. She was an excellent sales representative and did a great job at meeting her responsibilities. In those early days, I believed her to be an ethical person. She was extremely dramatic and had the ability to draw people in and convince them of what she wanted them to believe.

4. Unfortunately, I have seen her personality devolve and disintegrate over the intervening years.

5. Although I would prefer not to get involved in this situation, I am giving this Declaration because it is the right thing to do. I have known Aaron Solomon to be a good man and a good father and I cannot in good conscience sit back and watch Angie destroy him. I am also extremely concerned about Gracie and I believe she is being used and manipulated to meet Angie's agenda, something I have also experienced.

6. Something happened to the Angie I knew back at Eli Lilly. That Angie is gone.

7. Angie was married prior to her marriage to Aaron. She told me that her first husband tried to kill her. I did not know him and accepted her representations at face value.

8. After her first marriage ended, Angie met Aaron. She told me that she had known him at school and that he had always been crazy about her and followed her around because she was "so good at basketball." Angie had a very healthy ego. They quickly eloped to Las Vegas and Angie was elated.

9. Angie and I worked together a second time at a company called IV Solutions.

10. Angie was hired as a "change agent" for IV Solutions and she hired me to call on doctors' offices.

11. When she recruited me for the position, she told me things that turned out not to be true. She said that she had unlimited vacation days and could come and go at any time. Although this did not make sense to me, I accepted it at face value because of my friendship with Angie.

12. In fact, it was during our time at IV Solutions that I began to see some significant changes with Angie.

13. I became aware of what I believed to be Angie's excessive spending at IV Solutions. For example, she said she bought, at her own expense, an extremely expensive coffee bar system for the employees' use. Employees did not appreciate this and indeed were unhappy because they felt it was too extravagant when what they really needed was more help and higher wages. And, based on what I know now, I highly doubt that she purchased it with her own money, because she only claimed that she did so after employees complained about this extravagant and unnecessary purchase. In addition, I visited her at her Lieper's Fork home and saw the large garage filled to the brim with cases and cases of items she claimed she had purchased for her former retail store/apothecary that she had suddenly closed. I wondered why she did not attempt to return any of the items to get her money back but, typical of me, I did not want to challenge Angie. I thought this was a poor financial decision to keep this old inventory without even attempting to return or liquidate it.

14. I began to notice that she had a tendency to live in a fantasy world. For example, she became sincerely convinced that her Green Hills home was haunted and kept claiming to have seen the ghost of someone that had died in the house.

15. I noticed she had gained a great deal of weight since we had worked together at Lilly and seemed short of breath. She seemed hyperactive and treated almost everything as a crisis. She was not on an even keel and did not seem stable. She said that when she had worked at her compounding pharmacy, Gypsy's, she had never worn gloves when compounding drugs. This was

2

Case 3:21-cv-00498   Document 7-4   Filed 06/29/21   Page 3 of 10 PageID #: 342

very strange as it would be a violation of law not to wear gloves when preparing drug compounds for patients. Moreover, giving Angie's intelligence, background, and education, she would have known not to do this. I mention this to show that it seemed to me that something was impairing her judgment.

16. Also around this time, Angie told me that Aaron had a debilitating sports injury and was in incredible pain as a result. She knew that I had some pain pills from prior surgery and she asked me to give her some for Aaron and, against my better judgement, I did. She asked me on several other occasions to give her pain medicine for Aaron and I began to grow increasingly uncomfortable with her requests and I denied them. Later, I noticed the pain pills that I had in my purse were missing.

17. I later asked Aaron if he had such a sports injury and I learned that he did not and Angie's story was not true. Aaron told me that he was unaware that Angie had asked me for pain medication and that he had never sought any such medication from me or from any other source.

18. Given all of these issues, I asked my psychiatrist Dr. Michael Reed if he would take Angie on as a patient because I was concerned about her. I had seen Dr. Michael Reed since before the death of my husband.

19. While we were working at IV Solutions, we discovered what we believed was Medicare fraud and other wrongful acts. We would work until the early hours of the morning to collect evidence of the fraud and build a case against IV Solutions.

20. While Angie was working these very late hours trying to build a case against IV Solutions, Aaron was keeping the children and would bring them to see Angie at work. I remember specifically noting how comfortable the relationship seemed between Grant, Gracie, and Aaron, while I remember Angie as being the "tough" parent, always pushing the kids to do more in sports or school. One item Angie used to talk about a tremendous amount was how long Gracie's hair was and how she (Angie) intended for her to let it keep on growing it out. It appeared what the kids did was

3

never quite good enough and Angie was never satisfied with them, always pushing them to excel. I actually felt bad for the kids because it seemed they were timid, even a bit wary, around Angie. Yet they seemed like normal, healthy, happy kids around their father, who seemed more laid back and loving.

21. I will also mention here that even though Angie and I were extremely close friends and worked together day and night, Angie never mentioned to me that Aaron was abusive, either physically or emotionally. She also never told me that she had any concerns whatsoever that he was abusing the children.

22. I also discovered that Angie had no qualms about lying and/or using her children to get what she wanted. By way of one example, on one occasion, she wanted the day off and told her boss that Gracie had to have eye surgery, which was not true. Later, when Gracie did actually have eye surgery, she made up another excuse to cover up for the first lie. She did not mind "smudging" the truth if it helped her get her way.

23. Just prior to joining IV Solutions, Angie began telling me how upset some employees were with her changes and that she even received a "credible death threat" and that the police had increased their patrols of the pharmacy. I thought it was odd that not one, but two people had now threatened Angie's life, but since I was still so enthralled with her, I took it at face value. Based upon later interactions I now doubt there have been any death threats against her by anyone.

24. While working at IV Solutions, Angie called an employee meeting and told the employees that if it were not for her, the pharmacy would have been closed and that she, in essence, saved everyone's jobs. Someone secretly recorded this meeting and reported it to the President of the company. Shortly thereafter the Executive Team surprised Angie by flying into Nashville. As soon as she realized she was about to be fired, she called me in a panic. I attempted to calm her down, recounting the positives she had told me she had done with the pharmacy, all as I was driving to meet her at the office. By the time I arrived, she was parked at a retail pharmacy on the corner and told me

she had, indeed, been fired. I went into the pharmacy to talk to the Executives, telling them that "bad things were indeed happening at IV Solutions but that they had fired the wrong person".

25. Soon after Angie was fired I was put on a Performance Improvement Plan, which required me to start cardiac patients on an IV therapy for home use. I am not qualified to start IVs, especially not one with narrow therapeutic windows, because I am not a nurse or a phlebotomist.

26. At the same time I was obviously being retaliated against for my defense of Angie. Angie was very unhappy that I had not quit in solidarity with her. Because of these stressors, I talked extensively about it to Dr. Reed, who eventually put me on medical leave.

27. Angie was also seeing him and was reporting to me what he was saying to her. He was supposedly saying the exact same things to her that he had said to me in my counseling sessions. This made me began to doubt Dr. Reed's competence. Angie began to criticize Dr. Reed, telling me that he was not a good psychiatrist. However, she continued to see him. I changed to a different doctor in the practice as a result but did warn Dr. Reed that she was saying negative things about him and that he should watch out for her.

28. Before the end of the Solomon's marriage, Angie told me that Aaron had left Channel 4 because they wanted him to go back to the Sports Desk but his passion was anchoring the morning show. She told me that she advised him to follow his heart and not to go back to Sports--that he should hold out for an anchor job. Angie also started a very dramatic Facebook blog about the horrible things that WSMV was supposedly doing to him. I remember thinking it was not very professional and would probably ensure that he would not be hired any other news organization.

29. I am aware that the #freedomforgracie social media accounts (the "Accounts") have stated on numerous occasions that Aaron was fired from WSMV because of inappropriate content on his computer and phone. Angie did not state this at the time and, as stated above, indicated to me that it was Aaron's choice to leave.

30. As another example of Angie's troubling behavior, Angie would talk incessantly about how Tim McGraw was in love with her or obsessed with her. Aaron and Angie supposedly knew Tim McGraw and Faith Hill. They attended a concert in which Tim McGraw performed. Angie claimed that Tim McGraw was singing to her specifically, obviously staring into her eyes, and "hitting on her." She was furious at Aaron because he did not confront Tim McGraw about this. She also told me that Tim McGraw and Faith Hill were getting a divorce because he was so interested in her. Of course, the McGraws did not get a divorce and I believe Angie made the whole thing up.

31. At some point, Angie and I met with lawyers about bringing a whistleblower claim related to the evidence of Medicare fraud that we found at IV Solutions and a complaint was filed. We were under strict orders to keep the matter highly confidential and not to discuss it with anyone. After we left the meeting with the Inspector General, TBI, FBI, and other lawyers, Angie was picked up by some random guy. Based on the things I heard him say to her it was obvious that Angie had told him all about these confidential matters which was contrary to the strict instructions we had been given.

32. The lawyers told us that they declined to pursue the case because it was too expensive due to electronic discovery issues. I later found out that the real reason they declined to pursue the case was because they had done background research on Angie and concluded that she was not a reliable witness and that they could not base a case on her testimony.

33. Over time, I learned that Angie thrives on chaos. She creates a chaotic fantasy world, without regard for who is lied to or damaged in her wake.

34. On or around May of 2013, Angie called me and asked her to pick her up at Parthenon Pavilion and I did so. She told me she wanted me to go with her to night court to swear out an order of protection against Aaron because she said he had tried to kill her the previous night. I was shocked at this news because, as mentioned above, she had never before accused Aaron of abuse of any kind.

6

35. I took her to night court and accompanied her while she told the individual who took her information her story. She said that Aaron wrapped the cord of a blow dryer around her neck and tried to hang her from the shower.

36. I was skeptical of this claim. First, she had never told me that Aaron was abusive. If she had ever told me that, she and the children would have been living with me. Second, the story did not make sense to me. Under normal circumstances, a blow dryer cord would generally not be long enough to wrap around her neck and go over the showerhead in the manner she described. It also seemed to me that Angie was too tall to be able to dangle there without simply standing up. The whole thing sounded suspicious.

37. The night court worker obviously agreed. When Angie briefly left the room, the night court worker turned to me and incredulously asked, "What do you think?" indicating to me that she did not believe Angie.

38. While relaying this story to me and the night court worker, Angie expressly said that her children were asleep in the master bedroom, were not present in the master bath where this occurred, and that they did not see the "attempted murder."

39. This story has been completely changed when relayed on social media by the Accounts. The Accounts have claimed on multiple occasions that Grant witnessed this alleged "attempted murder," which I believe is false based on what Angie told me at the time. And, moreover, I do not believe that Aaron tried to kill her but rather it was a suicide attempt that she staged for attention.

40. After the Solomons divorced, I was aware that there was a period of time that Angie could not see the children. She asked me if I would take screen shots any time Aaron posted about the children on Facebook and send them to her. I did this for Angie because I thought it was important that she be kept up to date on the children's activities as much as possible.

7
Case 3:21-cv-00498   Document 7-4   Filed 06/29/21   Page 8 of 10 PageID #: 347

41. During this time period, she filled me with stories of how neglected and pitiful the children were in Aaron's care. She was constantly telling me how they were being "abused." By way of one example, she complained that Aaron had taken the children to swim in a motel pool while visiting a family member in Cookeville. I did not understand why she considered this to be "abuse," but I held my tongue.

42. On one occasion, Angie was going to be singing at Puckett's Grocery and her children were going to be able to come see her. She asked me to come and watch over her children while she was performing. She wanted me to be sure they got a good meal since Aaron supposedly did not feed them appropriately. However, after seeing the children, I realized they were happy, healthy, and completely at ease with their own friends. It finally dawned on me that Angie's complaints about the safety of the children and how Aaron was raising them were not based in reality. I realized that I had been manipulated and once again drawn into Angie's chaotic fantasy world.

43. I began to question all of the unbelievable things that she had told me, that Aaron tried to kill her, that he was abusing the children, that her father abused her, that her mother was crazy, that her first husband tried to kill her, that she had received death threats at IV Solutions. I finally realized that Angie was a manipulative liar and her version of events was not based in reality.

44. I cut off contact with her for a time and blocked her on social media, etc. However, I got back in touch with her to express my sympathies when Grant died. This resulted in us connecting again on social media. This is how I came to find out about the Accounts.

45. I recognize this as Angie's long-standing MO. It has her fingerprints all over it. She will say whatever she needs to say to get whatever she wants. She can be extremely persuasive to a grown adult; how much more can she influence a child? I am appalled that she has destroyed Gracie's relationship with her father and completely disregarded Gracie's best interest and privacy in mounting this campaign.

8

46. Moreover, I believe Aaron has been treated extremely unfairly. I believe he is a good man and a good father and Angie has done her best to destroy his life. She will not be happy until she has completely ruined him in all respects.

47. All of the people running these Accounts have been taken in by her just like I was at one time. They have believed her stories, all to the detriment of Gracie, Aaron, and Grant's memory. I think this is a tragedy and just wanted to do my part to right the wrongs that have been done to Aaron and Gracie.

48. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 16 day of June, 2021.

_Lori Cameron_

30860045.1