IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AARON SOLOMON )
 )
v. ) NO. 3:21-0498
 ) Campbell/Holmes
ANGELIA SOLOMON, et al )

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on August 27, 2021, Defendants Angelia Hicks, Melanie Hicks, Wynn Hicks, Anna Smith and Kim Abbate filed a motion to dismiss (Docket Nos. 27). Any response to this motion by Plaintiff shall be filed pursuant to Rule 12, Fed. R. Civ. P., and Local Rule 7.01(a)(3). An optional reply may be filed in accordance with Local Rule 7.01(a)(4).

The Clerk is directed to forward the motion and all responsive filings to the Honorable William L. Campbell, Jr., District Judge for his consideration.

The initial case management conference remains scheduled for **2:00 p.m., October 20, 2021**, by conference call, unless otherwise ordered by the Court.[1]

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] *See* Docket Entry No. 21 for dial-in instructions.