# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AARON SOLOMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cv-0498 |
| | ) JUDGE CAMPBELL |
| ANGELIA SOLOMON, et al., | ) MAGISTRATE JUDGE HOLMES |
| | ) |
| Defendants. | ) |

## O R D E R

In both the proposed initial case management order submitted on August 11, 2021 (Docket No. 20) and the proposed initial case management order submitted on October 15, 2021 (Docket No. 31), Defendants state that they intend to file a motion to stay discovery and to stay proceedings under Rule 41(d)(2). However, no motion has been filed and the Court is separately entering a scheduling order for management of this case. If Defendants intend to file a motion to stay discovery or to stay proceedings under Rule 41(d)(2), they must do so promptly and by no later than **November 15, 2021**.[1] The motion and responsive briefing shall comply with Local Rule 7.01.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Although this dispute may have otherwise qualified as a discovery dispute that would be subject to the discovery dispute resolution procedures, to that extent the Court grants permission for Defendants to file the described motion.