# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Aaron Solomon

               Plaintiff,

v.                                    Case No.: 3:21–cv–00498

Angelia Solomon, et al.

               Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/1/2022 re [43].

                                                                       Lynda M. Hill
                                                 s/ Brandon Skolnik, Deputy Clerk